must be served and an original and 24 copies filed within seven days.

In the Matter of NEW YORK CHARTER SCHOOL ASSOCIATION et al., Respondents, v M. PATRICIA SMITH, as Commissioner of Labor, Appellant. (Proceeding No. 1.)

In the Matter of FOUNDATION FOR A GREATER OPPORTUNITY et al., Respondents, v M. PATRICIA SMITH, as Commissioner of Labor, et al., Appellants. (Proceeding No. 2.)

Submitted August 2, 2010; decided August 26, 2010

Motion by New York City Charter School Center for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMAR ABRAMS, Appellant.

Submitted July 19, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Mitchell S. Kessler, Esq., 63 Pike Creek Drive, Cohoes, New York 12047 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN ALBERGOTTI, Appellant.

Submitted June 28, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.